IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40514
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR SANTIAGO JACQUES-VARA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-00-CR-1074-1
--------------------
December 6, 2001

Before JOLLY, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Victor Jacques-Vara appeals the district court's denial of his motion to suppress the evidence of the marijuana. He argues that the border patrol agents lacked reasonable suspicion to stop the dump truck he was driving, wherein the drugs were found.

We review the district court's legal conclusions de novo and its factual findings for clear error. United States v. Howard, 106 F.3d 70, 73 (5th Cir. 1997). Evidence presented at the suppression hearing is viewed in the light most favorable to the prevailing party. Id.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court did not err in its determination that there were sufficient factors supporting a reasonable suspicion justifying the stop of the dump truck Jacques-Vara was driving. See United States v. Inocencio, 40 F.3d 716, 719-23 (5th Cir. 1994).

AFFIRMED.